IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

GARY P. STONE, )
)
    Plaintiff, )
)
vs. ) Case No. CV506-34
)
MICHAEL ASTRUE, )
COMMISSIONER OF )
SOCIAL SECURITY, )
)
    Defendant. )
_____)

## O R D E R

    Before the Court is the parties' Stipulation of Dismissal. (Doc. 29.) Therein, the parties stipulate to the dismissal of the above-captioned case with prejudice. The stipulation is signed by counsel representing Plaintiff and Defendant, and it complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(ii). Accordingly, Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

    SO ORDERED, this 15th day of May, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA